# PLATZER, SWERGOLD, LEVINE, GOLDBERG, KATZ & JASLOW, LLP
### COUNSELORS AT LAW

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM
NY #2035058 - DCA

FOUR GREENTREE CENTER
601 ROUTE 73 NORTH
SUITE 305
MARLTON, NEW JERSEY 08053
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

December 14, 2020

**VIA EFILING**

The Honorable Ronnie Abrams
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Re: DE LAGE LANDEN FINANCIAL SERVICES, INC. v. LEICA MICROSYSTEMS INC. and JAMES KIM
Dkt No. 20-cv-8081

Your Honor:

The undersigned is counsel for the Plaintiff, De Lage Landen Financial Services, Inc. in the above referenced matter. The following is the joint letter request of the parties to adjourn the December 18th, 2020 Court conference. The time for Defendants to answer the complaint was extended to December 18th, 2020 (Stipulation – Dkt No. 15) and the parties are engaged in settlement discussions. The parties request a thirty (30) day adjournment of the conference.

Respectfully submitted,

Platzer, Swergold, et al.

*/s/ Linda Mandel Gates*
By: Linda Mandel Gates, Esq.

LMG\th
cc: Dane Hal Butswinkas, Esq. (via email)
File No. 4421-595

Application granted. The initial pretrial conference is hereby adjourned until January 15, 2021 at 10:00 am.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 15, 2020

g:\wpdocs\working\commerci\de lage landen\leica microsystems\ltr - judge abrams 12-14-20.docx