LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

ALEXANDER S. ZOLAN
(202) 434-5208
Azolan@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 17, 2020

By ECF

The Honorable Ronnie Abrams
Judge, United States District Court
Southern District of New York
500 Pearl Street, New York, NY

Re:   *De Lage Landen Fin. Servs., Inc. v. Leica Microsystems Inc.*, Civ. No. 20-8081

Dear Judge Abrams:

We write on behalf of Defendant Leica Microsystems Inc. ("Leica") in support of the parties' joint stipulation to extend the time to answer (currently due December 18, 2020) and joint request to adjourn the case management conference (scheduled for January 15, 2021).

In this case, Leica is alleged to have entered into two contracts with Cisco Systems Capital Corporation ("Cisco"), which Cisco then assigned to the Plaintiff De Lage Landen Financial Services ("DLL"). DLL is suing Leica for a breach of the assigned contracts. The parties have been pursuing settlement, but Cisco's involvement in the contract and the likely need to include Cisco in any resolution complicate these discussions, and the parties and Cisco will not be able to reach a resolution by the present deadline to answer, December 18, 2020.

Given that the parties are in productive settlement negotiations—which will necessarily be slowed during the holidays—and hope to avoid the costs of unnecessary litigation and the likely third-party practice which would need to take place over the holidays if the current answer deadline were to hold, Leica respectfully requests that Defendants' time to answer be extended until January 15, 2021 and that the case management conference be rescheduled for February 26, 2021 to allow for any third-party pleadings. DLL does not oppose this relief.

Application granted. The initial pretrial schedule is hereby adjourned until February 26, 2021 at 1:00 pm.
SO ORDERED.

Respectfully submitted,

  */s/ Alexander Zolan*
Alexander Zolan

_____
Ronnie Abram, U.S.D.J.
December 18, 2020